## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sally Rudolph,

   Plaintiff,      Civil 10-1231 (RHK/JJK)

vs.         **DISQUALIFICATION AND**
          **ORDER FOR REASSIGNMENT**

Wyeth, LLC, et al.,

   Defendants.

   The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

   **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

   **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  April 12, 2010

             s/Richard H. Kyle
             RICHARD H. KYLE
             United States District Judge